Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

ERIC LANDON, Individually and on Behalf of All Others Similarly Situated, Respondent, v KROLL LABORATORY SPECIALISTS, INC., Appellant.

Submitted December 2, 2013; decided January 21, 2014

Motion for reargument denied [*see* 22 NY3d 1 (2013)].

ERIC LANDON, Individually and on Behalf of All Others Similarly Situated, Respondent, v KROLL LABORATORY SPECIALISTS, INC., Appellant.

Submitted December 9, 2013; decided January 21, 2014

Motion by Drug and Alcohol Testing Industry Association for leave to file a brief amicus curiae on the motion for reargument granted and the brief accepted as filed.

In the Matter of NORSE PIPELINE, LLC, Appellant, v TOWN OF BUSTI et al., Respondents.

Submitted December 2, 2013; decided January 21, 2014

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Supreme Court's dismissal of the proceeding, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Supreme Court's order settling the record on appeal, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE ABNER, Appellant.

Decided January 21, 2014

